UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: NEEDLES, ERIC D. § Case No. 11-03629
NEEDLES, MICHELLE L. §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 9/29/11 in Courtroom 250, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/12/2011      By: /s/CHARLES J. MYLER
                                  Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: NEEDLES, ERIC D. § Case No. 11-03629
NEEDLES, MICHELLE L. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 11,810.00 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 11,810.00 |
| **Balance on hand:** | $ 11,810.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,810.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 1,931.00 | 0.00 | 1,931.00 |
| Trustee, Expenses - Charles J. Myler | 83.60 | 0.00 | 83.60 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 4,160.00 | 0.00 | 4,160.00 |

Total to be paid for chapter 7 administration expenses: $ 6,174.60
Remaining balance: $ 5,635.40

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,635.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,635.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,960.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 4,770.66 | 0.00 | 268.96 |
| 2 | Chase Bank USA, N.A. | 24,653.35 | 0.00 | 1,389.87 |
| 3 | Chase Bank USA, N.A. | 8,137.78 | 0.00 | 458.78 |
| 4 | PYOD LLC its successors and assigns as assignee of | 33,380.76 | 0.00 | 1,881.89 |
| 5 | American Express Centurion Bank | 11,661.78 | 0.00 | 657.45 |
| 6 | GE Money Bank | 1,423.54 | 0.00 | 80.25 |
| 7 | FIA Card Services, NA/Bank of America | 15,932.18 | 0.00 | 898.20 |

Total to be paid for timely general unsecured claims: $ 5,635.40
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:  $          0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-03629-MB
Eric D. Needles                                                     Chapter 7
Michelle L. Needles
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: arodarte              Page 1 of 2            Date Rcvd: Sep 06, 2011
                               Form ID: pdf006             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2011.
db/jdb       +Eric D. Needles,    Michelle L. Needles,    1155 Woodland Hills Road,    Batavia, IL 60510-3331
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3357
aty          +Ryan Keenan,    Keenan Law Offices, P.C.,    100 Illinois Street,    Suite 200,
               Saint Charles, IL 60174-1867
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3357
16739836     +AFLAC,    1901 Buena Vista Road,    Columbus, GA 31906-4938
16739837     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17436392      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16739838     +Amex,    c/o Beckett & Lee,   Po Box 3001,    Malvern, PA 19355-0701
16739839     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16739846    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
17230786      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,     PO Box 248839,
               Oklahoma City, OK 73124-8839
16739848     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
16739847     +Chase,    N54 W 13600 Woodale Dr,    Mennomonee, WI 53051-7026
17244733      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16739850      Childrens Memorial Hospital,    PO Box 4066,    Carol Stream, IL 60197-4066
16739851     +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
16739852      Delnor Community Hospital,    PO Box 739,    Moline, IL 61266-0739
16739854     +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
16739855     +Hyundai Finc,    Attn: Bankruptcy,    Pob 20809,    Fountain Valley, CA 92728-0809
16739856      Laboratory Physicians LLC,    PO Box 10200,    Peoria, IL 61612-0200
16739857      NES,   29125 Solon Road,    Solon, OH 44139-3442
17336838     +PYOD LLC its successors and assigns as assignee of,     Citibank, NA, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16739858     +Tri City Radiology SC,    9410 Compubill Drive,    Orland Park, IL 60462-2627
16739859     +Valentine & Kebartas, INC,    PO Box 325,    Lawrence, MA 01842-0625
16739860     +Valley Emergency Care,    PO Box 809239,    Chicago, IL 60680-9201
16739861      Zwicker & Associates,    PO Box 101145,    Birmingham, AL 35210-6145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16739845     +E-mail/Text: cms-bk@cms-collect.com Sep 06 2011 23:52:25     Capital Management Services LP,
               726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
17564592      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2011 00:08:37
               FIA Card Services, NA/Bank of America,    MBNA America Bank NA,
               by American InfoSource LP as its agent,    PO Box 248809,    Oklahoma City, OK 73124-8809
17526851      E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2011 00:09:09     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16739853     +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2011 00:09:12     Gemb/gap,    Po Box 981400,
               El Paso, TX 79998-1400
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3357
16739840*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16739841*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16739842*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16739849*    +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
16739843    ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16739844    ##+Bankers Life and Casualty Company,    222 Merchandise Mart Plaza,    Chicago, IL 60654-1103
                                                                                 TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte              Page 2 of 2              Date Rcvd: Sep 06, 2011
                              Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2011**                       **Signature:**    *Joseph Speetjens*