# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: NEEDLES, ERIC D. § Case No. 11-03629
NEEDLES, MICHELLE L. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $688,841.00       Assets Exempt: $47,927.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,610.59       Claims Discharged
                                                 Without Payment: $110,629.31

Total Expenses of Administration: $6,199.60

3) Total gross receipts of $ 11,810.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,810.19 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $908,376.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,199.60 | 6,199.60 | 6,199.60 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 115,582.85 | 99,960.05 | 99,960.05 | 5,610.59 |
| **TOTAL DISBURSEMENTS** | $1,023,958.85 | $106,159.65 | $106,159.65 | $11,810.19 |

4) This case was originally filed under Chapter 7 on January 31, 2011. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2012         By: /s/CHARLES J. MYLER
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax Refund of $11,810.00. | 1124-000 | 11,810.00 |
| Interest Income | 1270-000 | 0.19 |
| **TOTAL GROSS RECEIPTS** | | **$11,810.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bac Home Loans Servici | 4110-000 | 153,577.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 259,651.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 47,054.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 77,537.00 | N/A | N/A | 0.00 |
| NOTFILED | Hyundai Finc | 4110-000 | 10,675.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 359,882.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$908,376.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,931.00 | 1,931.00 | 1,931.00 |
| Charles J. Myler | 2200-000 | N/A | 83.60 | 83.60 | 83.60 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 4,160.00 | 4,160.00 | 4,160.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,199.60 | 6,199.60 | 6,199.60 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 4,770.00 | 4,770.66 | 4,770.66 | 267.77 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 24,628.00 | 24,653.35 | 24,653.35 | 1,383.75 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 8,137.00 | 8,137.78 | 8,137.78 | 456.76 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 32,675.00 | 33,380.76 | 33,380.76 | 1,873.60 |
| 5 | American Express Centurion Bank | 7100-000 | 11,761.00 | 11,661.78 | 11,661.78 | 654.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | GE Money Bank | 7100-000 | 1,400.00 | 1,423.54 | 1,423.54 | 79.90 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | 15,932.00 | 15,932.18 | 15,932.18 | 894.25 |
| NOTFILED | Hsbc Bank | 7100-000 | 2,441.00 | N/A | N/A | 0.00 |
| NOTFILED | Laboratory Physicians LLC | 7100-000 | 25.28 | N/A | N/A | 0.00 |
| NOTFILED | Tri City Radiology SC | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley Emergency Care | 7100-000 | 107.80 | N/A | N/A | 0.00 |
| NOTFILED | Childrens Memorial Hospital | 7100-000 | 203.50 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital | 7100-000 | 977.27 | N/A | N/A | 0.00 |
| NOTFILED | Amex c/o Beckett & Lee | 7100-000 | 11,820.00 | N/A | N/A | 0.00 |
| NOTFILED | AFLAC | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Bankers Life and Casualty Company | 7100-000 | 429.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 115,582.85 | 99,960.05 | 99,960.05 | 5,610.59 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03629  
**Case Name:** NEEDLES, ERIC D.  
NEEDLES, MICHELLE L.  
**Period Ending:** 01/24/12

**Trustee:** (330510)   CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/21/11  
**Claims Bar Date:** 07/21/11

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1155 Woodland Hills Road, Batavia IL 60510, valu<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 256,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 20 S. Huffman Street, Naperville, IL 60540, valu<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 290,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | 712 Geneva Ave., Romeoville, IL 60446, value per<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 111,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Cash<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | ING Savings Account<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 10.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Chase Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Chase Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 13.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Chase Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 10.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Chase Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Household goods and furniture<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Jewelry | 500.00 | 0.00 | DA | 0.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03629  
**Case Name:** NEEDLES, ERIC D.  
NEEDLES, MICHELLE L.  
**Period Ending:** 01/24/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/21/11  
**Claims Bar Date:** 07/21/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | | | | | |
| 13 | Whole Life Insurance Policy through Bakers Life  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 156.00 | 156.00 | DA | 0.00 | 0.00 |
| 14 | Whole Life Insurance Policy through Banker Life  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 2,120.00 | 2,120.00 | DA | 0.00 | 0.00 |
| 15 | Term Life Insurance through Bankers Life and Cas  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 16 | Term Life Insurance Policy through Bankers Life  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | IRA through Bankers Life and Casualty Company  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 4,627.00 | 0.00 | DA | 0.00 | 0.00 |
| 18 | 100% interest in ERN Logistics, Inc.  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 19 | 2009 Hyundai Sonata with 50,000 miles  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 12,910.00 | 463.00 | DA | 0.00 | 0.00 |
| 20 | 2005 Jeep Liberty Renegade with 80,000 miles val  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 17 | 8,745.00 | 3,945.00 | DA | 0.00 | 0.00 |
| 21 | 2010 Tax Refund of $11,810.00.  Orig. Asset Memo: Imported from Amended Doc#: 17; Original petition value: 8745.00; Original asset description: 2005 Jeep Liberty Renegade with 80,000 miles val; Original exemption amount: 4800.00 | 11,810.00 | 11,810.00 | | 11,810.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.19 | FA |
| 22 | Assets    Totals (Excluding unknown values) | **$700,651.00** | **$18,494.00** | | **$11,810.19** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-03629  
**Case Name:** NEEDLES, ERIC D.  
NEEDLES, MICHELLE L.  
**Period Ending:** 01/24/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/21/11  
**Claims Bar Date:** 07/21/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Final account sent to US Trustee 12/12/11

**Initial Projected Date Of Final Report (TFR):** September 30, 2011    **Current Projected Date Of Final Report (TFR):** September 2, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-03629  
**Case Name:** NEEDLES, ERIC D.  
         NEEDLES, MICHELLE L.  
**Taxpayer ID #:** **-***5049  
**Period Ending:** 01/24/12  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/11 | {21} | Keenan Law Offices IOLTA Acct. | Tax refund | 1124-000 | 11,810.00 | | 11,810.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,810.09 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,785.09 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,785.18 |
| 10/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 11,785.19 |
| 10/05/11 | | To Account #9200******1966 | Transfer to checking | 9999-000 | | 11,785.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,810.19 | 11,810.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,785.19 | |
| | | | **Subtotal** | | 11,810.19 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,810.19** | **$25.00** | |

{} Asset reference(s)                                                    Printed: 01/24/2012 11:48 AM     V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-03629  
**Case Name:** NEEDLES, ERIC D.  
NEEDLES, MICHELLE L.  
**Taxpayer ID #:** **-***5049  
**Period Ending:** 01/24/12

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/11 | | From Account #9200******1965 | Transfer to checking | 9999-000 | 11,785.19 | | 11,785.19 |
| 10/05/11 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $1,931.00, Trustee Compensation;  Reference: | 2100-000 | | 1,931.00 | 9,854.19 |
| 10/05/11 | 102 | Charles J. Myler | Dividend paid 100.00% on $83.60, Trustee Expenses;  Reference: | 2200-000 | | 83.60 | 9,770.59 |
| 10/05/11 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $4,160.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,160.00 | 5,610.59 |
| 10/05/11 | 104 | Capital One Bank (USA), N.A. | Dividend paid  5.61% on $4,770.66; Claim# 1; Filed: $4,770.66; Reference: XXXXXXXXXXXX7373 | 7100-000 | | 267.77 | 5,342.82 |
| 10/05/11 | 105 | Chase Bank USA, N.A. | Dividend paid  5.61% on $24,653.35; Claim# 2; Filed: $24,653.35; Reference: XXXXXXXXXXXX8478 | 7100-000 | | 1,383.75 | 3,959.07 |
| 10/05/11 | 106 | Chase Bank USA, N.A. | Dividend paid  5.61% on $8,137.78; Claim# 3; Filed: $8,137.78; Reference: XXXXXXXXXXXX4190 | 7100-000 | | 456.76 | 3,502.31 |
| 10/05/11 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid  5.61% on $33,380.76; Claim# 4; Filed: $33,380.76; Reference: XXXXXXXXXXXX7402 | 7100-000 | | 1,873.60 | 1,628.71 |
| 10/05/11 | 108 | American Express Centurion Bank | Dividend paid  5.61% on $11,661.78; Claim# 5; Filed: $11,661.78; Reference: XXXXXXXXXXXX1163 | 7100-000 | | 654.56 | 974.15 |
| 10/05/11 | 109 | GE Money Bank | Dividend paid  5.61% on $1,423.54; Claim# 6; Filed: $1,423.54; Reference: XXXXXXXXXXXX9649 | 7100-000 | | 79.90 | 894.25 |
| 10/05/11 | 110 | FIA Card Services, NA/Bank of America | Dividend paid  5.61% on $15,932.18; Claim# 7; Filed: $15,932.18; Reference: XXXXXXXXXXXX1733 | 7100-000 | | 894.25 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 11,785.19 | 11,785.19 | $0.00 |
| Less: Bank Transfers | 11,785.19 | 0.00 | |
| **Subtotal** | 0.00 | 11,785.19 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$11,785.19** | |

{} Asset reference(s)

Printed: 01/24/2012 11:48 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-03629 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | NEEDLES, ERIC D. | | **Bank Name:** | The Bank of New York Mellon |
| | NEEDLES, MICHELLE L. | | **Account:** | 9200-******19-66 - Checking Account |
| **Taxpayer ID #:** | **-***5049 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/24/12 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  11,810.19
──────────
Net Estate :  $11,810.19

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******19-65** | **11,810.19** | **25.00** | **0.00** |
| **Checking # 9200-******19-66** | **0.00** | **11,785.19** | **0.00** |
| | **$11,810.19** | **$11,810.19** | **$0.00** |

{} Asset reference(s)                                                                                                              Printed: 01/24/2012 11:48 AM    V.12.57